UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO. CR15-355-JCC |
|                              ) | |
|     Plaintiff,               ) | |
|                              ) | |
|     v.                       ) | DETENTION ORDER |
|                              ) | |
| TRAMEIN SLACK,               ) | |
|                              ) | |
|     Defendant.               ) | |
| _____ ) | |

Offenses charged: Five count Indictment:

1. Felon in Possession of Firearm

2. Possession of Heroin with Intent to Distribute

3. Possession of Methamphetamine with Intent to Distribute

4. Possession of Cocaine Base with Intent to Distribute

5. Possession of Firearm in Furtherance of Drug Trafficking Crime

Date of Detention Hearing:   November 6, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will

DETENTION ORDER
PAGE -1

reasonably assure the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The Indictment charges defendant with three controlled substances offenses, each of which carries a maximum penalty in excess of ten years of imprisonment. There is therefore a rebuttable presumption of detention. Defendant has not rebutted that presumption in any way.

(2) The indictment also charges two firearms offenses, one of which carries a mandatory minimum sentence of five years and a maximum penalty of life.

(3) Defendant has a lengthy criminal record, including juvenile and adult offenses. His adult record includes convictions for assault in the 4th degree, and possession of controlled substances.

(4) He allegedly committed the offenses charged in the Indictment while on active supervision by the Washington State Department of Corrections.

(5) He allegedly attempted to punch and kick law enforcement officers while being arrested for a violation of a No Contact Order.

(6) He has failed to appear for court proceedings on a great many occasions, requiring the issuance of bench warrants.

(7) He has maintained no stable residence. He asserts that his grandmother is willing to have him reside with her, and might move to re-open the detention hearing if Pretrial Services can verify that and investigate the proposed residence. The court made no assurances to defendant that this would provide a persuasive basis for re-opening the issue of detention.

DETENTION ORDER
PAGE -2

(8) He has no known legitimate employment.

(9) He has a history of possible mental health problems, but has not followed through with treatment recommendations.

(10) He uses marijuana on a daily basis, and also uses alcohol periodically.

(11) Defendant therefore presents a danger to other persons and the community, and a significant risk of non-appearance. There are no conditions of release he can meet which would adequately address these risks.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

/ / /

/ / /

/ / /

/ / /

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of November, 2015.

                                        s/ John L. Weinberg
                                        United States Magistrate Judge

DETENTION ORDER
PAGE -4