THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0355-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRAMEIN SLACK, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Tramein Slack's motion to proceed with a hearing on a potential revocation of his supervised release by video conference or telephone conference (Dkt. No. 72). Having reviewed the motion and the Defendant's consent (Dkt. No. 73), the Court hereby GRANTS the motion. *See* Coronavirus Aid, Relief, and Economic Security (CARES) Act, Pub. L. No. 116-136, § 15002(b)(4), 134 Stat. 281, 528–29 (2020).

DATED this 20th day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk